UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN OLAGUES** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-2647** |
| **JIM LETTEN, UNITED STATES ATTORNEY, ET AL.** | **SECTION: "S" (1)** |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that this case is **DISMISSED.**

On November 16, 2009, this court entered an order in <u>John Olagues v. Steven Klien</u>, Civil Action No. 09-3092 that stated that "Olagues shall not file any further pleadings in the United States District Court for the Eastern District of Louisiana without first obtaining the permission of a judge of this court to file the pleading." Olagues originally filed Civil Action No. 12-2647 in the Twenty-Fourth Judicial District Court, Parish of Jefferson, State of Louisiana. Defendant, Jim Letten, United States Attorney removed the suit to the United States District Court for the Eastern District of Louisiana. As a result, Olagues has effectively attempted to circumvent this court's November 16, 2009, Order requiring him to obtain the permission of a judge of United States District Court for the Eastern District of Louisiana to pursue litigation in this court. Olagues has not obtained permission from a judge of this court to proceed in Civil Action No. 12-2647. Therefore, the action is DISMISSED.

New Orleans, Louisiana, this __9th__ day of November, 2012.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**